UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C18-1420-JCC |
| Plaintiff, | ORDER |
| v. | |
| YOUNG EXHIBITOR SERVICES, LLC, a California limited liability company, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's motion for entry of default judgment (Dkt. No. 10). Having thoroughly considered the motion and the relevant record, the Court FINDS that:

1) Defendant was properly served in this matter on or about November 12, 2018 (Dkt. No. 6);

2) The Clerk entered an order of default against Defendant on November 30, 2018 (Dkt. No. 8);

3) Defendant has failed to appear or otherwise defend in this action; and

4) The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986) support granting default judgment in Plaintiff's favor.

Accordingly, Plaintiff's motion for default judgment (Dkt. No. 10) is GRANTED in its

entirety. The Court ORDERS as follows:

That Plaintiff Northwest Administrators, Inc. is awarded judgment against Defendant Young Exhibitor Services, LLC in the amounts hereinafter listed, which amounts are due to the Plaintiff's Trust by Defendant for its inclusive employment of members of the bargaining unit represented by Local 631 with which the Defendant has a valid collective bargaining agreement, and which amounts are due by reason of its specific acceptance of the Declarations of Trust: for withdrawal liability of $48,601.65, for liquidated damages of $9,720.33, for prejudgment interest of $516.56, for attorney fees of $926.25, and for costs of $495.00; all for a total of $60,259.79. (Dkt. Nos. 10, 11.) This judgment shall bear interest at the rate of seven percent per annum from the date of this judgment until paid in full.

DATED this 14th day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE